

# THE ATTORNEY GENERAL

## OF TEXAS

AUSTIN, TEXAS 78711

WAGGONER CARR
ATTORNEY GENERAL

June 15, 1966

Honorable Don Nugent          Opinion No. C-710
District Attorney
Winkler County Courthouse     Re:  Where a husband fails
Kermit, Texas                      to pay child support
                                   pursuant to a divorce
                                   decree, is it the duty
                                   of the District Clerk
                                   to prepare and file
                                   papers citing the hus-
                                   band for contempt of
                                   Court, and is it the
                                   duty of the County or
                                   District Attorney to
                                   represent the wife at
Dear Mr. Nugent:                   such hearing?

        By your recent letter you request an opinion of
this office concerning the following facts:

        (1) Two parties are divorced in this county.
            Both continue to live here with the wife
            having custody of the children and the
            husband having been ordered to pay child
            support.  The husband discontinues the
            payment of such support.  A practice in
            this judicial district has developed which
            allows the wife to have the forms, citing
            the husband for contempt, prepared by the
            District Clerk.  The District Judge then
            sets the contempt motion for hearing and
            requires either the District or County
            Attorney to represent the wife at such
            hearing.

        Concerning the above, you have asked the follow-
ing questions:

        (1) Is it the duty of the District Clerk to
            accept, prepare, and file the complaint
            on behalf of the wife in a case of this
            nature?

        (2) Is it the duty of the County or District
            Attorney to represent the wife in a case
            such as this?

Article 4639a, Vernon's Civil Statutes, provides in part as follows:

"The court may by judgment order either parent to make periodical payments for the benefit of such child or children, until same have reached the age of eighteen (18) years, or, said court may enter a judgment in a fixed amount for the support of such child or children, and such court shall have full power and authority to enforce said judgments by civil contempt proceedings after ten (10) days notice to such parent of his or her failure or refusal to carry out the terms thereof, and for the purpose of ascertaining the ability of the parents of such child or children to contribute to the support of same, they may be compelled to testify fully in regard thereto, under penalty of contempt of court, as in other cases."

Under the above cited statute, the remedy for the husband's failure to pay child support is civil in nature, and no authority can be found which obligates the District Clerk to prepare petitions, motions or citations for contempt for individual parties in civil cases. The District Clerk, of course, must accept and file petitions and motions of this nature as part of his duties. Neither can any authority be found that obligates the District or County Attorney to represent individual parties in a civil action. However, in contempt proceedings in child support cases, if the Judge of the Court appoints either the District or County Attorney to advise with and represent the claimant, under the provisions of Rule 308-A, Vernon's Texas Rules of Civil Procedure, it then becomes their duty to advise with and represent the clamiant.

Your letter specifically excluded any questions relating to the Uniform Reciprocal Child Support Act.

## SUMMARY

(1) It is not the duty of the District Clerk to prepare petitions, motions, or complaints of a civil nature for individual parties.

(2) It is not the duty of the County or District Attorney to represent individual parties in a civil action. However, in contempt proceedings in child support cases, if the Judge of the Court appoints either the District or County Attorney to advise with and represent the claimant, under the provisions of Rule 308-A, Vernon's Texas Rules of Civil Procedure, it then becomes their duty to advise with and represent the claimant.

Very truly yours,

WAGGONER CARR
Attorney General

By: *Thomas W. Mack*

THOMAS W. MACK
Assistant Attorney General

TWM/er

APPROVED:

OPINION COMMITTEE
W. V. Geppert, Chairman
Sam Kelley
Robert E. Owen
Lonny F. Zwiener
John Banks

APPROVED FOR THE ATTORNEY GENERAL
By: T. B. Wright